**"UNDER SEAL"**

FILED
CHARLOTTE, NC

MAY 17 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Docket No. 3:23-cr-120-RJC |
| | ) | |
| **v.** | ) | |
| | ) | ***UNDER SEAL*** |
| **OMAR ANTONIO JARAMILLO-MEZA** | ) | |
| | ) | |

## MOTION TO SEAL INDICTMENT, WARRANT, AND OTHER DOCUMENTS

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, who moves this Court for an order directing that the Bill of Indictment, the Arrest Warrant, this Motion, and any Order issued pursuant to this Motion be sealed immediately to protect the ongoing nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted this 16th day of May 2023.

DENA J. KING
UNITED STATES ATTORNEY

*for*

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 W. Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3117 (phone)
(704) 227-0254 (fax)
Steven.Kaufman@usdoj.gov