**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:23-CR-126-RJC-SCR**

**UNITED STATES OF AMERICA**

**v.**

**OMAR JARAMILLO-MEZA**

## UNOPPOSED MOTION TO CONTINUE

NOW COMES defendant Omar Jaramillo-Meza, through counsel, and moves to continue this matter from the June trial term. In support of this motion, the defense shows the Court:

1. Assistant U.S. Attorney Fred De La Rosa has been consulted and does not object to this motion.

2. The defendant appeared through counsel less than 30 days ago. The government has not yet provided discovery and the defense requires additional time to prepare.

3. A continuance is therefore in the interest of justice. 18 U.S.C. §3161 (h) (7) (A).

WHEREFORE, the defense moves this matter be continued from the June, 2024 term until a subsequent term of Court.

1

Dated:    May 28, 2024

Respectfully submitted,


/s/ Patrick Q. Hall

Law Offices of Patrick Q. Hall
402 W. Broadway, Ste. 1560
San Diego, CA 92101
(619) 268-4040 office
(619) 268-4041 fax


/s/ Noell P. Tin

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, N.C. 28203
T: (704) 338-1220
F: (704) 338-1312
ntin@tinfulton.com
*Counsel for Mr. Jaramillo-Meza*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing MOTION TO CONTINUE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

>Alfredo Perez De La Rosa , Jr
>Assistant U.S. Attorney
>alfredo.de.la.rosa@usdoj.gov

Dated: May 28, 2024

>/s/ Noell P. Tin