**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:23-CR-126-RJC-SCR**

**UNITED STATES OF AMERICA**

**v.**

**OMAR JARAMILLO-MEZA**

## UNOPPOSED MOTION TO CONTINUE

NOW COMES defendant Omar Jaramillo-Meza, through counsel, and moves to continue this matter from the August trial term and also to continue the July 22, 2024, status conference. In support of this motion, the defense shows the Court:

1. Assistant U.S. Attorney Steven Kaufman has been consulted and does not object to this motion.

2. Defense counsel, Mr. Hall, is currently set to start a trial in the Southern District of California, Case No 22-CR-2701-BAS on July 30, 2024. The case involves charges of conspiracy, securities fraud, and money laundering against three defendants and has previously been continued two times. Motions *in limine* are scheduled to be heard on July 12, 2024, and the trial is estimated to take three weeks. This trial date was set before defense counsel's appearance in this case.

3. Additionally, the parties are actively involved in plea negotiations and are hopeful this case will resolve without a trial.

1

4. A continuance is therefore in the interest of justice. 18 U.S.C. §3161 (h) (7) (A).

WHEREFORE, the defense moves this matter be continued from the August, 2024 term until a subsequent term of Court and to continue the status conference from July 22, 2024, to a later date.

Dated:    July 10, 2024

Respectfully submitted,

/s/ Patrick Q. Hall

Law Offices of Patrick Q. Hall
402 W. Broadway, Ste. 1560
San Diego, CA 92101
(619) 268-4040 office
(619) 268-4041 fax

/s/ Noell P. Tin

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, N.C. 28203
T: (704) 338-1220
F: (704) 338-1312
ntin@tinfulton.com
*Counsel for Mr. Jaramillo-Meza*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing MOTION TO CONTINUE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

Steven Kaufman, and
Alfredo Perez De La Rosa , Jr
Assistant U.S. Attorneys
steven.kaufman@usdoj.gov
alfredo.de.la.rosa@usdoj.gov

Dated: July 10, 2024

/s/ Patrick Q. Hall