# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:23-CR-00126-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OMAR ANTONIO JARAMILLO-MEZA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the August 5, 2024, trial term in the Charlotte Division. (Doc. No. 18).

For the reasons stated in the motion, the Court finds that the defendant has sufficient cause for a continuance in this matter and that the ends of justice served by taking such action outweigh the interests of the public and the defendant to a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to the October 7, 2024, term of Court.

**IT IS FURTHER ORDERED** that counsel will appear for a status conference on September 23, 2024 at 9:30 A.M., in Courtroom 4A in the Frank G. Johns Wing of the Charles R. Jonas Federal Building and United States Courthouse.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.


_____

Robert J. Conrad, Jr.
United States District Judge