IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23-cr-126-RJC-SCR |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR ANTONIO JARAMILLO-MEZA | ) | FACTUAL BASIS |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. In April 2022, a third party drug broker called "Primo" introduced a Charlotte DEA confidential source (CS) to "El Moro," later identified as Defendant Omar Antonio JARAMILLO-Meza. The CS arranged with Defendant JARAMILLO-Meza, via WhatsApp, to purchase 3,000 fentanyl pills from JARAMILLO-Meza and Primo as a quality control sample for larger future purchases. Law enforcement intercepted and seized the pills Defendant JARAMILLO-Meza sent to the CS while in transit and found them to be 3,000 blue pills with "M-30" marking (for oxycodone). The DEA laboratory confirmed they contained fentanyl.

2. A meeting between JARAMILLO-Meza and the CS took place on June 14, 2022, in a restaurant in California.

3. During the meeting, Defendant JARAMILLO-Meza discussed sending fentanyl to the CS in North Carolina. He also offered methamphetamine and heroin. JARAMILLO-Meza explained how he has drugs sent by plane from Colombia to Mexico.

1

4. After the meeting, investigators checked a law enforcement database of border crossings and confirmed that JARAMILLO-Meza had crossed from Mexico into the United States that morning.

5. On February 20, 2023, the CS received a WhatsApp message from JARAMILLO-Meza (who was using a new phone) that 80,000 fentanyl pills were in transit to Charlotte (having been sent on February 16, 2023). JARAMILLO-Meza provided the image of a UPS label with a tracking number. On February 21, 2023, investigators contacted the UPS security office and requested they hold the parcel. The listed recipient on the label was a name and address in Charlotte that the CS had previously provided to JARAMILLO. The DEA searched the package and found 80,000 blue M-30 pills with fentanyl inside it.

6. On April 11, 2023, after the investigative team recorded real-time phone calls with JARAMILLO-Meza, they intercepted 2 kilograms of fentanyl pills that JARAMILLO-Meza sent to the CS in Charlotte.

7. In summary, on or about February 20, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant, OMAR ANTONIO JARAMILLO-MEZA, aiding and abetting another person, did knowingly and intentionally distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2. And on or about April 11, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant, OMAR ANTONIO JARAMILLO-MEZA, aiding and abetting another person, did knowingly and intentionally distribute four hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DENA J. KING
UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY


## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, Bill of Indictment, and Plea Agreement in this case, and have discussed them with the Defendant. Based on those discussions, I am satisfied that the Defendant understands the Factual Basis, Bill of Indictment, and Plea Agreement.

_____
Patrick Q. Hall, Esq., Attorney for Defendant

DATED: 9-4-24

9-4-24