**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:23-CR-126-SCR-UMJ**

**UNITED STATES OF AMERICA**

**v.**

**OMAR JARAMILLO-MEZA**

## UNOPPOSED MOTION TO CONTINUE

NOW COMES defendant Omar JARAMILLO-MEZA, through counsel, and moves to continue the sentencing hearing in this matter, currently set for February 19, 2026, at 2:00 p.m. for an additional thirty days. This continuance is sought to allow defense counsel access to the defendant in North Carolina to prepare for sentencing. In support of this motion, the defense shows the Court:

1. Assistant U.S. Attorney Fred De La Rosa has been consulted and does not object to this motion.

2. There are a number of evidentiary disputes raised in the sentencing objections filed to date. These issues include:

A. Whether defendant JARAMILLO-MEZA unlawfully imported or exported a controlled substance under circumstances in which an aircraft other than a regularly scheduled commercial air carrier was used to import or export the controlled substance, within the meaning of U.S.S.G. § 2D1.1(b)(3)(A);

1

B. Whether defendant JARAMILLO-MEZA had "supervisory role in the offense, which involved five or more individuals" within the meaning of U.S.S.G. § 3B1.1:

C. Whether defendant JARAMILLO-MEZA was a "high-ranking cartel member connected to the "Chaporitos";

D. Whether defendant JARAMILLO-MEZA qualifies for a safety valve consideration under U.S.S.G.§5C1.1.

3. Since pleading guilty, defendant JARAMILLO-MEZA has been incarcerated at the Gaston County Detention Center, the Catawba County Detention Facility and most recently, out of the State of North Carolina in three different facilities. He has been transferred to Core Civic facility located at 11866 Hastings Bridge Road, Lovejoy, Georgia, and two different jails in the State of Kentucky. Since at least November, 2025, he has been housed at the Grayson County Detention Center, in Leithfield, Kentucky. This jail is approximately 500 miles from the Federal Courthouse in Charlotte, North Carolina.

4. Defense counsel's offices are located in San Diego, California. Since the commencement of the representation, defense counsel has traveled multiple times to meet with the defendant in the area of Charlotte, North Carolina, and also traveled to Lovejoy, Georgia to meet with the defendant. However, at this stage, defendant JARAMILLO-MEZA's mother's resources have been depleted and she has not paid for travel expenses or attorneys' fees for the

2

past year.  She has declined to pay for travel to Kentucky.  As a result, travel to Kentucky would place an unnecessary and additional hardship on defense counsel.

5. Defendant JARAMILLO-MEZA may very well be the only witness the defense can present at sentencing as it is unclear whether his mother will travel to North Carolina, given her lack of financial resources.  Accordingly, it is critical for the defense to be able to meet with the defendant in person at least two times prior to the sentencing hearing.

6. Additionally, prior to the February 19, 2026, hearing, defense counsel requested that the Assistant United States Attorney assigned to this case ask the U.S. Marshals to transport defendant JARAMILLO-MEZA back to the Charlotte area, three days in advance of the hearing to permit defense counsel time to meet with the defendant and prepare for the hearing.  In response, defense counsel was advised that due to current over-crowding in the area of Charlotte, North Carolina, the U.S. Marshals ***would not transport*** defendant JARAMILLO-MEZA back in time for defense counsel to meet with him and prepare for the hearing.  Mr. De La Rosa immediately advised defense counsel of the problem and stated that he did not object to continuing the hearing to permit additional time to transport defendant JARAMILLO-MEZA in time to prepare for sentencing.

7. Defendant JARAMILLO-MEZA respectfully submits that a continuance is therefore in the interest of justice.  18 U.S.C. §3161 (h) (7) (A).

WHEREFORE, the defense moves this matter be continued from the February 19, 2026, date for approximately thirty days, to a date available for the Court. The defense also requests that the Court direct the U.S. Marshals to produce Defendant JARAMILLO-MEZA to the Charlotte, North Carolina area at least three full days prior to the scheduled hearing.

Dated:    February 11, 2026

Respectfully submitted,

/s/ Patrick Q. Hall

Law Offices of Patrick Q. Hall
402 W. Broadway, Ste. 1560
San Diego, CA 92101
(619) 268-4040 office
(619) 268-4041 fax

/s/ Noell P. Tin

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, N.C. 28203
T: (704) 338-1220
F: (704) 338-1312
ntin@tinfulton.com
*Counsel for Mr. Jaramillo-Meza*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has served the foregoing MOTION TO CONTINUE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

Alfredo Perez De La Rosa , Jr
Assistant U.S. Attorney
alfredo.de.la.rosa@usdoj.gov

Dated: February 11, 2026

/s/ Patrick Q. Hall